No. 10–9591.   FULTON v. LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 10–9592.   GUTIERREZ v. TEXAS.   Sup. Ct. Tex.   Certiorari denied.

No. 10–9602.   MONACELLI v. FORD MOTOR CO.   Sup. Ct. Fla.   Certiorari denied.

No. 10–9606.   WIGGINS v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 10–9607.   WILLIAMS v. BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 10–9609.   WEEMS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 10–9610.   WELLER v. MAHONEY, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–9612.   NELSON v. LEWIS ET AL.   Ct. App. Mich.   Certiorari denied.

No. 10–9623.   BLANKENSHIP v. SIMON, JUDGE, COUNTY COURT OF FLORIDA, ESCAMBIA COUNTY, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 10–9630.   MILTON v. RICHARDS.   C. A. 11th Cir.   Certiorari denied.

No. 10–9633.   MILLER v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 10–9639.   SMITHSON v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 10–9641.   DOWNS v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 10–9642.   CAVENDER v. MUDD ET AL.   Ct. App. Ky.   Certiorari denied.

No. 10–9648.   WASHINGTON v. OHIO ET AL.   C. A. 6th Cir.   Certiorari denied.